**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────────

**KATHARINA ROELCKE,**

               Plaintiff,         15-cv-6284 (JGK)

    - against -                <u>ORDER</u>

**ZIP AVIATION, LLC, ET AL.,**

               Defendants.
───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Cott for general pretrial matters.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **August 4, 2020**        /s/ John G. Koeltl
                                              **John G. Koeltl**
                                        **United States District Judge**