USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHARINA ROELCKE,

Plaintiff,

-v-

ZIP AVIATION, LLC, *et al.*,

Defendants.

**ORDER**

15-CV-6284 (JGK) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

The Court held a conference in this case yesterday. As discussed, the discovery deadlines are modified as follows: Plaintiff must complete document production by **August 31**. If plaintiff fails to meet this deadline, defendants may move for sanctions and other relief as appropriate, including preclusion of documents produced after the August 31 deadline. Fact discovery must be completed by **November 20**. As for expert discovery, plaintiff's expert reports, if any, are due by **November 13**, defendants' expert reports, if any, are due by **December 7**, and all expert discovery, including expert depositions, must be completed by **December 21**. These deadlines will not be extended.

The Court will hold a status conference on **January 6, 2021** at **11:00 a.m.** to discuss whether the parties wish to seek the Court's assistance in settlement negotiations at that time and to schedule anticipated motion practice, if any. Unless the Court provides otherwise, counsel should plan to attend this conference by telephone at the same number used for yesterday's conference.

The Clerk is directed to close docket numbers 73 and 78 and mark docket number 73 as denied as moot and docket number 78 as granted in part and denied in part.

**SO ORDERED.**

Dated: August 27, 2020
New York, New York

JAMES L. COTT
United States Magistrate Judge