UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

KATHARINA ROELCKE,

                Plaintiff,           15 cv 6284

                                        ORDER

    - against -

ZIP AVIATION, LLC, ET AL.,

                Defendants.
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

A pre-motion conference is scheduled for **January 20, 2021** at 2:30 p.m. Dial-in: 888 363-4749, with access code 8140049. The parties should submit a joint pre-conference letter by **January 15, 2021**. Cross-motions for summary judgment are due **February 5, 2021**. Opposition papers are due **March 5, 2021**. Reply papers are due **March 19, 2021**.

    SO ORDERED.

Dated:    New York, New York
          January 7, 2021           /s/ John G. Koeltl
                                            John G. Koeltl
                                United States District Judge