UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHARINA ROELCKE,

                Plaintiff,

      -against-

ZIP AVIATION, LLC, MANHATTAN HELICOPTERS LLC, and ITAI SHOSHANI, individually,

                Defendants.

Case No. 15-cv-06284-JGK-JLC

---

### DECLARATION OF SHAWN P. NAUNTON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

SHAWN P. NAUNTON, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.    I am a member of the Bar of this Court and a partner of the firm Zuckerman Spaeder LLP, counsel for Defendants Zip Aviation, LLC and Itai Shoshani in this action. I submit this Declaration in support of Defendants' motion for summary judgment.

2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the Affirmation of Melana Mallah dated March 4, 2021.

3.    Attached hereto as <u>Exhibit 2</u> is a true and correct copy of excerpts of Katharina Roelcke's deposition transcript dated November 16, 2020.

4.    Attached hereto as <u>Exhibit 3</u> is a true and correct copy of excerpts of Jessica Moya's deposition transcript dated October 30, 2020.

5.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of excerpts of Michelle Friedberg's dated November 6, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Affirmation of Itai Shoshani dated March 4, 2021.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of David Sundlof's deposition transcript dated November 11, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Assaf Ben Tzion's deposition transcript dated November 3, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of Itai Shoshani's deposition transcript dated November 19, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of an e-mail dated November 11, 2011, Bates numbered DEF-0010214–DEF-0010218.

11. Attached hereto as Exhibit 10 is a true and correct copy of an e-mail dated May 30, 2010, Bates numbered Plaintiff P0482–Plaintiff P0484. This document was marked as Roelcke 8 at the deposition of Katharina Roelcke.

12. Attached hereto as Exhibit 11 is a true and correct copy of the executed Consulting Agreement between Manhattan Helicopters LLC and 1168839 Ontario Limited dated May 16, 2013, Bates numbered P01870–P01871.

13. Attached hereto as Exhibit 12 is a true and correct copy of an e-mail dated July 27, 2007 through July 30, 2007, Bates numbered DEF-0011060. This document was marked as Roelcke 7 at the deposition of Katharina Roelcke.

14. Attached hereto as Exhibit 13 is a certified copy of the Corporation Profile Report dated March 2, 2021 relating to 1168839 Ontario Limited.

15. Attached here to as Exhibit 14 is a true and correct copy of The Ontario Gazette / La Gazette de l'Ontario, Vol. 138-04, dated January 22, 2005.

16. Attached hereto as Exhibit 15 is a true and correct copy of an e-mail dated May 16, 2013, Bates numbered P0781. This document was marked as Roelcke 10 at the deposition of Katharina Roelcke.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Affirmation of Omar Cabrall a/k/a Sharif Larbac dated February 2, 2021.[1]

18. Attached hereto as Exhibit 17 is true and correct copy of the Affirmation of Dean Fex dated February 19, 2021.

19. Attached hereto as Exhibit 18 is a true and correct copy of Dr. Charles Heller's Expert Report and Addendum Report dated December 6, 2020 and December 17, 2020 respectively.

20. Attached hereto as Exhibit 19 is a true and correct copy of excerpts of Lisa Maripen's deposition transcript dated October 28, 2020.

21. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of Karen Jackson's deposition transcript dated November 12, 2020.

22. Attached hereto as Exhibit 21 is a true and correct copy of Plaintiff's Response to Defendants' First Set of Interrogatories dated August 19, 2020. This document was marked as Roelcke 11 at the deposition of Katharina Roelcke.

23. Attached hereto as Exhibit 22 is a true and correct copy of Sarasota Walk-In Urgent Care invoice dated January 4, 2012, Bates numbered P01897. This document was marked as Roelcke 13 at the deposition of Katharina Roelcke.

---

[1] Please note that there is a typographical error in the second sentence of Paragraph 14 of Mr. Cabral's Affirmation. That sentence should state: "Khalil was a full term baby born in late April or early May 1994." We regret the error, and will file a corrected version of the Affirmation with the Court as soon as possible.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 5, 2021
      New York, New York

                                        */s/ Shawn P. Naunton*
                                         Shawn Naunton