# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO. 15-cv-06284-JGK-JLC

KATHARINA ROELCKE,                )
                                  ) TELEPHONIC
                Plaintiff,        ) DEPOSITION OF:
                                  )
      v.                          ) JESSICA MOYA
                                  )
ZIP AVIATION, LLC; MANHATTAN      )
HELICOPTERS, LLC; and ITAI        )
SHOSHANI, individually,           )
                                  )
                Defendants.       )
_____)

         TRANSCRIPT of the stenographic notes of
the proceedings in the above-entitled matter, as
taken by and before EVE S. CORSO, a Registered
Professional Reporter, Certified Court Reporter, and
Notary Public of the State of New Jersey, remotely
held via Zoom videoconference from multiple
locations, with the witness located at 36 Park
Street, Apartment 2, Newark, New Jersey, on Monday,
October 19, 2020, commencing at 11:05 a.m.

1   position at Zip, did he introduce you to
2   Mr. Shoshani?
3          A.     Yes, ma'am.
4          Q.     Did Mr. Shoshani interview you for the
5   position?
6          A.     We had a conversation about what I'm
7   supposed to do and then I got hired.
8          Q.     And that conversation was with
9   Mr. Shoshani; correct?
10         A.     Yes, ma'am.
11         Q.     What did he tell you during that
12  conversation about what your job was going to be?
13         A.     What I recall was to -- going to sell
14  tickets.  And he explained to me the tours and I
15  really -- I was -- I'm trying to remember the most I
16  can, but that's about it I remember.  I'm sorry.
17         Q.     Did you meet anyone else before you
18  started working at Zip?
19         A.     No, ma'am.
20         Q.     When Mr. Shoshani gave you the job at
21  Zip, did you receive an employment contract?
22         A.     Can you restart the question?  I don't
23  understand.
24         Q.     I'll rephrase the question.
25                When Mr. Shoshani gave you the job at

                                                      Page 14

1    Zip, did he ask you to sign a piece of paper that was
2    an employment contract?
3              MR. HOLZBERG:  Objection to the form.
4         A.   I'm saying yes because -- for my taxes
5    and everything, yes.  I fill out some form for my
6    taxes and -- some papers.  I really -- I'm trying to
7    remember.  It's so hard.
8         Q.   Did you receive information about your
9    salary from Mr. Shoshani?
10        A.   Yes, ma'am.
11        Q.   If you recall, what was your salary?
12        A.   Wow, seven-something.  I'm really not
13   sure on that one.
14        Q.   But was your salary written down on the
15   piece of paper?
16             MR. HOLZBERG:  Objection to the form.
17        A.   Hello?
18        Q.   Would you like me to rephrase the
19   question?
20        A.   No, no, no.  I'm sorry, I'm thinking.  I
21   remember everything was written down.  I'm not
22   100 percent sure.
23        Q.   Okay.  Did you receive information from
24   Mr. Shoshani about the hours that you were expected
25   to work?

Page 17

1    health insurance through your employment at Zip?
2         A.    I really don't remember they asking me
3    for health insurance.  That was being honest.  I
4    don't remember that.
5         Q.    Were you paid by the hour?
6         A.    Yes.  We used to -- myself, I used to
7    get paid by the hour and I used to get commission by
8    the person that used to sell tickets extra.
9         Q.    Did you receive paychecks every week?
10        A.    Yes, ma'am.
11        Q.    Were you always paid on time?
12        A.    95 of the percent of the time, yes.
13        Q.    Do you recall an instance where you were
14   not paid on time?
15        A.    Yeah.  But it was, like, an error from
16   the payroll company or it was a mistake.  But other
17   than that, yes, I remember getting paid every time.
18        Q.    Were employees at Zip paid through a
19   payroll company, then?
20        A.    Yes, we used to get a payroll company.
21   I used to get my check -- part of the time I used to
22   get my check by hand and then I used to get direct
23   deposit.
24        Q.    Do you recall the name of the payroll
25   company that Zip used?

Page 22

1  A.  Yes, ma'am.
2  Q.  Is there anyone you are aware of who did
3  not sign in when they arrived for work?
4  A.  No, not really.
5  Q.  When you got promoted to a supervisor,
6  did your salary change?
7  A.  Yes, ma'am.
8  Q.  Did Mr. Shoshani change your salary?
9  A.  Yes, ma'am.
10  Q.  At the end of each year, did you receive
11  a tax form from Zip Aviation?
12  A.  Yes.
13  Q.  Did you report your taxable income from
14  Zip Aviation?
15  A.  Yes, ma'am.
16  Q.  To your knowledge, did all employees
17  receive tax forms?
18  MR. HOLZBERG:  Objection to the form.
19  Q.  You can answer the question.
20  A.  I'm sorry.  You scared me.
21  Of my knowledge, yes.
22  Q.  After you became a supervisor at Zip,
23  did you ever get promoted to any other positions?
24  A.  No, ma'am.
25  Q.  When did your employment at Zip end?

Page 24

1    A.    To my knowledge, yes, he was the boss.
2    Q.    How often did you see Mr. Shoshani at
3  the Zip office when you were working there?
4    A.    Every other day because he used to be a
5  pilot too. He used to fly the helicopters, so I used
6  to see him.
7    Q.    Did you speak to him every other day
8  when you saw him at the Zip office?
9    A.    Yes. When he used to take a break which
10  -- because he used to fly helicopters, so most likely
11  when it used to be a break I used to say, "Hi." I'm
12  very friendly, so I used to speak to everybody there.
13    Q.    Was he friendly as well?
14    A.    With me? Yeah. But it was like, "Hi.
15  How are you? Everything okay? Fine." It was not
16  like a steady conversation with nobody.
17    Q.    Would you say he was a good boss?
18    A.    Sometimes.
19    Q.    Did Mr. Shoshani expect employees to
20  follow the rules?
21    A.    Yes.
22    Q.    If an employee did not show up for work
23  when they were supposed to, would you expect that
24  Mr. Shoshani would be upset?
25         MR. HOLZBERG: Objection to the form.

Page 25

1    A.    Yes, he used to be upset.  But they used
2    to have, like, three times -- like, three times you
3    used to -- don't show up, it was no show, no call,
4    and then in the third day, if you do the same thing,
5    you used to get fired.
6    Q.    Mr. Shoshani had a policy where if you
7    did not show up for work and did not call for three
8    times, you got fired; is that correct?
9    A.    If you don't have a valid excuse, yes,
10   ma'am.
11   Q.    Were all employees aware of this policy?
12   A.    Yes, ma'am.
13   Q.    Did anyone ever get fired because of
14   this policy?
15   A.    No.  Half of the time the guys used to
16   just quit or change companies.  It was, like, five
17   companies, so they most likely changed the company.
18   Q.    Would you say Mr. Shoshani was a strict
19   boss?
20   A.    Yeah.
21   Q.    But did Mr. Shoshani always act in a
22   professional manner at the Zip office, even though he
23   was strict?
24          MR. HOLZBERG:  Objection to form.
25   Q.    You can answer the question, Ms. Moya.

Page 26

1       A.      I know.  Sometimes.
2       Q.      Did you ever personally witness
3  Mr. Shoshani acting in an unprofessional planner?
4       A.      No.  I don't remember -- recalling
5  myself see him.  I usually see him, whatever
6  situation happened, red.  But other than that, no.
7               (Court reporter clarification.)
8       A.      I used to just see him, you know, when
9  you get frustrated, red, but I never saw him say,
10 like, myself see him specifically saying or doing
11 something of a curse.
12      Q.      Okay.  Do you know an individual named
13 Ms. Katharina Roelcke?
14      A.      Yes.
15      Q.      When did you first meet Ms. Roelcke?
16      A.      Wow.  Maybe a year later maybe I was
17 working at Zip.  I don't recall.  I don't recall how
18 later on I met her.
19      Q.      Do you recall generally the year that
20 you met her?
21      A.      No, ma'am.
22      Q.      When you met Ms. Roelcke, was she in a
23 personal relationship with Mr. Shoshani?
24              MR. HOLZBERG:  Objection to the form.
25      A.      Of my knowledge, when I met her, no.

Page 27

1           She was a nice, funny lady.  Well, to me
2      she was very nice and funny.
3           Q.    At any time that you were employed at
4      Zip, was Ms. Roelcke in a personal relationship with
5      Mr. Shoshani, to your knowledge?
6                 MR. HOLZBERG:  Objection to the form.
7           A.    To my knowledge, yes.  Me personally --
8                 (Court reporter clarification.)
9           A.    To my knowledge, I didn't saw them,
10     like, in the relationship.  It was a bunch of rumors.
11     I really don't recall if there was or not.
12          Q.    Did Ms. Roelcke ever tell you anything
13     about her relationship with Mr. Shoshani?
14                MR. HOLZBERG:  Objection to the form.
15          A.    Most likely it was about the ticket
16     stuff and the company.  Personal stuff, I really
17     don't like to hear.  So, of my knowledge, I don't
18     remember.  I don't recall.
19          Q.    How often was Ms. Roelcke at the Zip
20     offices?
21          A.    Very often.  She was there every other
22     day too and then she stopped going and then she came
23     back.
24          Q.    When did she stop showing up at the Zip
25     offices?

Page 28

1      A.     Years don't remember, but I remember she
2   came and then left for, like, two, three months and
3   then came back.  I really don't remember the year
4   exactly or the date or the month.
5      Q.     Do you know where she went?
6      A.     I think she was going to see her family
7   in Canada.  The last time -- no, the first -- or the
8   last time I spoke to her I was working there.  She
9   was going to see her son in Canada.  Something like
10  that.  She was talking about that.
11             MR. HOLZBERG:  Who was she going to see?
12             THE WITNESS:  Her son.  She got a son.
13     A.     To my knowledge, she told me it was her
14  son.
15     Q.     Okay.  Did Ms. Roelcke show up at the
16  Zip office at the same time every morning when she
17  arrived for -- when she arrived there?
18             MR. HOLZBERG:  Objection to the form.
19     A.     Depends -- the time I don't recall.  I
20  used to -- sometimes I used to be in the field.  When
21  I come back, she used to be there.  So the time of
22  day, I don't remember when she used to get in or out.
23     Q.     When Ms. Roelcke did not show up for a
24  couple months, do you know whether she requested
25  vacation days?

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400

Page 29

1      A.      I really don't recall.
2      Q.      If you did not show up for work for a
3  month, would you have had to request vacation days?
4      A.      Yes.
5              MR. HOLZBERG:  Objection to the form.
6      Q.      Do you have any direct knowledge of
7  whether Ms. Roelcke ever signed an employment
8  contract to work at Zip?
9      A.      I don't know.
10     Q.      Do you have any direct knowledge of
11 whether Ms. Roelcke ever received a salary from Zip?
12     A.      I really don't know.
13     Q.      Do you have any direct knowledge of
14 whether Ms. Roelcke ever received a check through the
15 payroll company that Zip used?
16     A.      I don't remember.
17     Q.      Do you have any direct knowledge of
18 whether Ms. Roelcke was ever employed at Zip?
19     A.      I don't recall.
20     Q.      Did Ms. Roelcke ever tell you anything
21 about her background?
22     A.      No.  The only thing that we spoke was
23 she was from Canada and she used to have a son and
24 that's about it.
25     Q.      You have no knowledge -- you have no

Veritext Legal Solutions
212-267-6868                www.veritext.com                516-608-2400

Page 43

1      CERTIFICATE
2
3          I, EVE S. CORSO, a Notary Public, Registered
4    Professional Reporter and Certified Court Reporter of
5    the State of New Jersey, License No. 30XI00194600, do
6    hereby certify that prior to the commencement of the
7    examination, JESSICA MOYA was remotely duly sworn by
8    me to testify the truth, the whole truth and nothing
9    but the truth.
10         I DO FURTHER CERTIFY that the foregoing is a
11   true and accurate transcript of the testimony as
12   taken stenographically by and before me at the time,
13   place and on the date hereinbefore set forth.
14         I DO FURTHER CERTIFY that I am neither a
15   relative nor employee nor attorney nor counsel of any
16   of the parties to this action, and that I am neither
17   a relative nor employee of such attorney or counsel,
18   and that I am not financially interested in the
19   action.
20
21   *[signature: Eve S Corso]*
22
23   Notary Public of the State of New Jersey
24   My Commission expires April 23, 2023.
25   Dated:  October 30, 2020