```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
KATHARINA ROELCKE,

                     Plaintiff/
        Counterclaim Defendant,

        - against -

ZIP AVIATION, LLC, ET AL.,

                     Defendants/
       Counterclaim Plaintiffs.

15-cv-6284 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    This case has been pending for almost seven years. The proposal to take three months to file necessary papers in preparation for trial (ECF No. 150) is unreasonable. Therefore, the Court adopts the following schedule:

    The joint pre-trial order, requests to charge, voir dire requests, and motions in limine are due by July 29, 2022. Responses and objections are due by August 12, 2022. Ready trial, 48 hours' notice, September 9, 2022.

**SO ORDERED.**

Dated:    New York, New York
            June 27, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge